

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2017

No. 04-16-00186-CV

**COTTER & SONS, INC.;** James F. Cotter; Alamo Towers-Cotter, LLC; Cotter 11211 Katy Freeway Building, LP; Cotter 7447 Harwin Building, LP; Cotter Equities LLC; Cotter Harwin Equities LLC; Cotter Katy Equities LLC; Cotter Katy Freeway Building, LP; Et Al.,
Appellants

v.

**BJ CORPORATION D/B/A NATIONAL BUILDING SERVICE,**
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-09427
Honorable Gloria Saldana, Judge Presiding

# O R D E R

In this appeal, Appellant Alamo Towers—Cotter, LLC filed a suggestion of bankruptcy. The suggestion discloses that Appellant filed a voluntary petition for bankruptcy in the United States Bankruptcy Court for the Western District of Texas under Case No. 17-52599-cag on November 6, 2017.  *See* 11 U.S.C. § 362 (2012); TEX. R. APP. P. 8.1.

Accordingly, this appeal and all time periods under the Texas Rules of Appellate Procedure are stayed from the date the bankruptcy petition was filed in the bankruptcy court. *See* 11 U.S.C. § 362 ("Automatic stay"); TEX. R. APP. P. 8.2.

This appeal is ABATED.  For administrative purposes, the appeal will be treated as a closed case unless and until it is reinstated in accordance with Rule 8.3 of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 8.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2017.



KEITH E. HOTTLE,
Clerk of Court